UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
UNITED STATES OF AMERICA

                -v-

JOSEPH OTERO,
                Supervisee.
----------------------------------------------------------------X

**WAIVER OF RIGHT TO BE PRESENT AT CRIMINAL PROCEEDING**

**14-CR-212-10 (RJS)**

**Check Proceeding that Applies**

____X    Arraignment

I have been notified of the specifications of violation of the terms of supervised release that have been filed against me and have discussed the specifications with my attorney. I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York to confirm that I have received and reviewed the specifications; to have the specifications read aloud to me if I wish; and to enter a denial or admission of violation before the judge. By signing this document, I wish to advise the court that I willingly give up my right to appear in a courtroom in the Southern District of New York to be informed of these specifications and to enter a denial or admission.

Date: 5/21/2021  /s Joseph Otero (VAG)
_____
Signature of Supervisee

_Joseph Otero
_____
Print Name

____x    Supervised Release Conference

I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York at the time the conditions of my release on supervision or my remand to custody are discussed. I have discussed these rights with my attorney and wish to give up these rights for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic. I request that my attorney and I be permitted to participate by telephone, or if it is reasonably available by videoconferencing, in any conference with the court at which such conditions or my remand are discussed.

Date: 5/21/2021  /s Joseph Otero (VAG)
_____
_ Signature of Supervisee

Joseph Otero
_____
_ Print Name

2

I hereby affirm that I am aware of my obligation to discuss with my client the specifications of violation of supervised release, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver form.  I affirm that my client knowingly and voluntarily consents to the proceedings being held without my client being physically present in court.

Date: 5/21/2021  *Valerie A. Gotlib*
_____
Signature of Defense Counsel

Valerie A. Gotlib
_____
_ Print Name

**Addendum for a defendant who requires services of an interpreter:**

I used the services of an interpreter to discuss these issues with the defendant.  The interpreter also translated this document, in its entirety, to the defendant before the defendant signed it.  The interpreter's name is:

_____.


Date:       _____
            Signature of Defense Counsel

Accepted:   _____
            Signature of Judge
            Hon. Richard J. Sullivan
            U.S. Circuit Judge Sitting by Designation
            Date: 6/8/21

3